IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRANDON NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:12-cv-449-TMH |
| ) | [wo] |
| OFFICER MS. COOPER, et al., ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On December 6, 2012, the Magistrate Judge filed a Recommendation in this case dismissing this case for Plaintiff's failures to prosecute this action and to comply with the orders of this court. (Doc. 18). No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of this court and his failure to properly continue the prosecution of this case.

DONE this 20th day of February, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE